**FILED**
CLERK, U.S. DISTRICT COURT
11/16/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_DTA\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2022 Grand Jury

| UNITED STATES OF AMERICA, | Case No. 8:22-cr-00163-CJC |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [8 U.S.C. §§ 1326(a), (b)(1): Illegal Alien Found in the United States Following Deportation] |
| OSCAR EDUARDO ORTEGA,<br>   aka "Oscar Eduardo Ortega Anguiano,"<br>   aka "Rafael Martin Lomeli,"<br>   aka "Oscar Martinez Ortega," | |
| Defendant. | |

The Grand Jury charges:

[8 U.S.C. §§ 1326(a), (b)(1)]

On or about November 26, 2021, defendant OSCAR EDUARDO ORTEGA, also known as ("aka") "Oscar Eduardo Ortega Anguiano," aka "Rafael Martin Lomeli," aka "Oscar Martinez Ortega," an alien, who had been officially deported and removed from the United States on or about December 2, 2016 and June 1, 2018, was found in Orange County, within the Central District of

California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated successor, the Secretary for Homeland Security, to reapply for admission to the United States following deportation and removal.

At least one of defendant's previously alleged deportations and removals from the United States occurred subsequent to defendant's conviction for one or more of the following felonies:

(1)  Grand Theft of Personal Property, in violation of California Penal Code Section 487(a), on or about October 5, 2005, in the Superior Court of the State of California, County of Los Angeles, Case Number SA057546, for which defendant received a sentence of 365 days of imprisonment;

(2)  Unlawful Driving or Taking of a Vehicle, in violation of California Vehicle Code Section 10851(a), on or about October 5, 2005, in the Superior Court of the State of California, County of Los Angeles, Case Number SA057932, for which defendant received a sentence of 19 days of imprisonment; and

//
//
//
//
//
//
//
//

(3) False Imprisonment by Violence/Deceit, in violation of California Penal Code Sections 236 and 237(a), on or about February 28, 2014, in the Superior Court of the State of California, County of Orange, Case Number 13WF3910, for which defendant received a sentence of 16 months of imprisonment.

                                      A TRUE BILL

                                          /s/
                                    Foreperson

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ROBERT J. KEENAN
Assistant United States Attorney
Santa Ana Branch Office