E. MARTIN ESTRADA
United States Attorney
ROBERT J. KEENAN (Bar No. 151094)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
411 W. Fourth Street
Suite 8000
Santa Ana, California  92701
Telephone:    (714) 338-3597

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>OSCAR EDUARDO ORTEGA,<br>  a/k/a Oscar Eduardo Ortega-Anguiano,<br>  a/k/a Rafael Martin Lomeli,<br>  a/k/a Oscar Martinez-Ortega,<br>    Defendant. | CASE NUMBER<br><br>8:22-CR-163-CJC<br><br>**ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS:**<br><br>■  AD PROSEQUENDUM<br>☐  AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus filed herewith be **GRANTED** and that a Writ of Habeas Corpus  ■ Ad Prosequendum  ☐ Ad Testificandum be issued to secure the appearance of:

**Name of Detainee:**     OSCAR EDUARDO ORTEGA

**Booking Number:**     CDCR# B54140

on     January 23, 2023     at     2:00 p.m.     before the United States Magistrate Judge on Duty on that date, at the Ronald Reagan United States Courthouse and Federal Building, located at 411 W. Fourth Street, Santa Ana, California 92701.

   DATED:  November 17, 2022.

_Karen E. Scott_
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE