E. MARTIN ESTRADA
United States Attorney
ROBERT J. KEENAN (Bar No. 151094)
Assistant United States Attorney
411 W. Fourth Street, Suite 8000
Santa Ana, CA 92701
Tel: (714) 338-3597

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | SA CR 22-163-CJC |
| v. | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| OSCAR EDUARDO ORTEGA, Booking # BS4140, | ☑ AD PROSEQUENDUM ☐ AD TESTIFICANDUM |
| Defendant(s). | |

The undersigned ☑ Assistant United States Attorney ☐ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum for:

Name of Detainee: OSCAR EDUARDO ORTEGA
    Alias: "Oscar Eduardo Ortega-Anguiano"
BOP/Booking No: BS4140
    Detained by: ☑ Warden  Jeff Macomber, CDCR Secretary, (707) 448-6841
                 ☐ Other
    Detained at: California Medical Facility (CMF), 1600 California Drive, Vacaville, CA 95687
        *(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on  December 11, 2023  at  2:00 p.m.  before the Honorable
DUTY U.S. MAGISTRATE JUDGE  Judge/Magistrate Judge.

Location:  ☑ U.S. District Court  Duty U.S. Magistrate Judge, 411 W. Fourth St., Santa Ana, CA 92701
                                        *(Court Address)*
           ☐ Other
                *(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated:  October 25, 2023

*Signature of attorney*

An **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER)** MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.

G-09 (10/06)    APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM