JOSEPH T. McNALLY
United States Attorney
ROBERT J. KEENAN (Bar No. 151094)
Assistant United States Attorney
411 W. Fourth Street
Suite 8000
Santa Ana, CA 92701
Telephone: (714) 338-3597

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERCA, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR  SA CR 22-163-CJC |
| v. | CV |
| OSCAR EDUARDO ORTEGA, Booking # BS4140 | **WRIT OF HABEAS CORPUS** |
| Defendant(s) | ☒ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable  KAREN E. SCOTT  Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: California Medical Facility (CMF), 1600 California Drive, Vacaville, CA 95687

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **OSCAR EDUARDO ORTEGA** before the Honorable  U.S. DUTY MAGISTRATE JUDGE  Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No.  6A/6B , located at 411 W. Fourth Street, 6th Floor, Santa Ana, California 92701  on  **MARCH 10, 2025**  at  **10:00 A.M.** , and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable  KAREN E. SCOTT  Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: _____

CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)