JOSEPH T. McNALLY  
United States Attorney  
ROBERT J. KEENAN (Bar No. 151094)  
Assistant United States Attorney  
411 W. Fourth Street  
Suite 8000  
Santa Ana, CA 92701  
Telephone: (714) 338-3597  

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERCA,<br><br>Plaintiff(s)<br><br>v.<br><br>OSCAR EDUARDO ORTEGA,<br>Booking # BS4140<br><br>Defendant(s) | CASE NUMBER:<br>CR  SA CR 22-163-CJC<br>CV<br><br>**WRIT OF HABEAS CORPUS**<br>☒ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable  KAREN E. SCOTT  Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: California Medical Facility (CMF), 1600 California Drive, Vacaville, CA  95687

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **OSCAR EDUARDO ORTEGA** before the Honorable  U.S. DUTY MAGISTRATE JUDGE  Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No.  6A/6B , located at 411 W. Fourth Street, 6th Floor, Santa Ana, California 92701  on  **MARCH 10, 2025**  at  **10:00 A.M.** , and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable  KAREN E. SCOTT  Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: February 3, 2025

CLERK, U.S. DISTRICT COURT

By: /s/ - Jazmin Dorado  
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)