UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.   8:22-CR-00163-JWH                                   Date:  March 10, 2025

Present: The Honorable:   Autumn D. Spaeth, United States Magistrate Judge

Interpreter     None

| Kristee Hopkins | Not Recorded | Caitlin Campbell, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Oscar Eduardo Ortega | No | | | DFPD | No | | |

**Proceedings: (IN CHAMBERS) RE INITIAL APPEARANCE AND ARRAIGNMENT**

Initial Appearance and Arraignment not held, and case not called.

On February 3, 2025, a Writ of Habeas Corpus ad Prosequendum was issued as to Defendant Oscar Eduardo Ortega to be transported from North Kern State Prison for Initial Appearance and Arraignment before this Court on March 10, 2025.  Defendant was not transported, and Arraignment was not held.

cc:

                                                                    0:00
                                    Initials of Deputy Clerk   kh